Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 24−13642−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   John L Burau
   12 White Oak Drive
   Lodi, NJ 07644

Social Security No.:
   xxx−xx−5525

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on June 6, 2024.

Dated: June 6, 2024
JAN: slm

    Jeanne Naughton
    Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                              Case No. 24-13642-RG
John L Burau                                                                                     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 2
Date Rcvd: Jun 06, 2024      Form ID: plncf13      Total Noticed: 21

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 08, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | John L Burau, 12 White Oak Drive, Lodi, NJ 07644-2029 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 06 2024 20:53:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 06 2024 20:52:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520219886 | + | Email/PDF: bncnotices@becket-lee.com | Jun 06 2024 21:01:34 | AMEX, CORRESPONDENCE/BANKRUPTCY, PO BOX 981540, EL PASO, TX 79998-1540 |
| 520219887 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 06 2024 21:14:15 | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 520219889 | + | Email/Text: correspondence@credit-control.com | Jun 06 2024 20:53:00 | CENTRAL LOAN ADMIN & R, PO BOX 77404, EWING, NJ 08628-6404 |
| 520219893 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 06 2024 21:12:55 | CITICORP, CITICORP/ ATTN: CENTRALIZED BANKRUPTCY, PO BOX 20507, KANSAS CITY, MO 64195 |
| 520219891 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 06 2024 21:14:05 | CITIBANK/BEST BUY, CITICORP CR SRVS/CENTRALIZED BANKRUPTCY, PO BOX 790040, ST LOUIS, MO 63179-0040 |
| 520219892 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 06 2024 21:12:54 | CITIBANK/THE HOME DEPOT, CITICORP CR SRVS/CENTRALIZED BANKRUPTCY, PO BOX 790040, ST LOUIS, MO 63179-0040 |
| 520229882 | + | Email/PDF: ebn_ais@aisinfo.com | Jun 06 2024 21:26:56 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520219894 | + | Email/Text: dplbk@discover.com | Jun 06 2024 20:53:00 | DISCOVER PERSONAL LOANS, ATTN: BANKRUPTCY, PO BOX 30954, SALT LAKE CITY, UT 84130-0954 |
| 520228457 | + | Email/Text: dplbk@discover.com | Jun 06 2024 20:53:00 | Discover Personal Loans, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 520219895 | + | Email/Text: cashiering-administrationservices@flagstar.com | Jun 06 2024 20:53:00 | FLAGSTAR BANK, ATTN: BANKRUPTCY, 5151 CORPORATE DRIVE, TROY, MI 48098-2639 |
| 520273213 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 06 2024 20:53:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 520257564 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 06 2024 21:14:20 | JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O. Box 29505 AZ1-5757, Phoenix, AZ 85038-9505 |

Case 24-13642-RG    Doc 15    Filed 06/08/24    Entered 06/09/24 00:19:59    Desc Imaged
                        Certificate of Notice    Page 3 of 3

| District/off: 0312-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jun 06, 2024 | Form ID: plncf13 | Total Noticed: 21 |

| Recip ID | | Notice Method | Date Sent | Recipient |
|---|---|---|---|---|
| 520219890 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 06 2024 21:14:14 | CHASE AUTO FINANCE, ATTN: BANKRUPTCY, 700 KANSAS LANE LA, MONROE, LA 71203 |
| 520219896 | + | Email/Text: Mercury@ebn.phinsolutions.com | Jun 06 2024 20:51:00 | MERCURY/FBT, ATTN: BANKRUPTCY, PO BOX 84064, COLUMBUS, GA 31908-4064 |
| 520219897 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 06 2024 21:14:15 | SYNCB/IKEA, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 520219898 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 06 2024 21:12:47 | SYNCHRONY BANK/JCPENNEY, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 520219899 | + | Email/Text: LCI@upstart.com | Jun 06 2024 20:51:00 | UPSTART, ATTN: BANKRUPTCY, PO BOX 1503, SAN CARLOS, CA 94070-7503 |
| 520219900 | + | Email/Text: bkfilings@zwickerpc.com | Jun 06 2024 20:53:00 | Zwicker & Associates, P.C., 80 Minuteman Road, Andover, MA 01810-1008 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520219888 | *+ | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 08, 2024        Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 6, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Russell L. Low | on behalf of Debtor John L Burau ecf@lowbankruptcy.com ecf@lowbankruptcy.com;r57808@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4