RUSSELL L LOW ESQ
LOW & LOW ESQS
505 MAIN STREET, SUITE 304
HACKENSACK, NJ  07601

| | | |
|---|---|---|
| Re:  JOHN L BURAU<br>12 WHITE OAK DRIVE<br>LODI, NJ 07644 | | Atty:  RUSSELL L LOW ESQ<br>LOW & LOW ESQS<br>505 MAIN STREET, SUITE 304<br>HACKENSACK, NJ 07601 |

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/1/2025
### Chapter 13 Case # 24-13642

**NOTE: THIS IS A BASE PLAN IN THE AMOUNT OF $9,000.00**

## RECEIPTS AS OF 01/01/2025   (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 05/13/2024 | $150.00 | | 06/10/2024 | $150.00 | |
| 07/15/2024 | $150.00 | | 08/12/2024 | $150.00 | |
| 09/10/2024 | $150.00 | | 10/15/2024 | $150.00 | |
| 11/12/2024 | $150.00 | | 12/09/2024 | $150.00 | |

**Total Receipts: $1,200.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $1,200.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/01/2025   (Please Read Across)

### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 82.50 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 3,750.00 | 100.00% | 1,126.50 | 2,623.50 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | CITIBANK NA | UNSECURED | 5,259.27 | * | 0.00 | |
| 0002 | CAPITAL ONE NA | UNSECURED | 13,003.66 | * | 0.00 | |
| 0003 | CENTRAL LOAN ADMIN & R | UNSECURED | 0.00 | * | 0.00 | |
| 0004 | JPMORGAN CHASE BANK NA | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |
| 0005 | LVNV FUNDING LLC | UNSECURED | 8,415.00 | * | 0.00 | |
| 0006 | CITIBANK/THE HOME DEPOT | UNSECURED | 0.00 | * | 0.00 | |
| 0007 | CITICORP | UNSECURED | 0.00 | * | 0.00 | |
| 0008 | DISCOVER PERSONAL LOANS | UNSECURED | 34,450.95 | * | 0.00 | |
| 0009 | FLAGSTAR BANK | (NEW) Prepetition A | 0.00 | 100.00% | 0.00 | |
| 0010 | QUANTUM3 GROUP LLC | UNSECURED | 5,652.12 | * | 0.00 | |
| 0011 | SYNCB/IKEA | UNSECURED | 0.00 | * | 0.00 | |
| 0012 | SYNCHRONY BANK/JCPENNEY | UNSECURED | 0.00 | * | 0.00 | |
| 0014 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 38,174.26 | * | 0.00 | |

**Chapter 13 Case # 24-13642**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0017 | CAPITAL ONE | UNSECURED | 0.00 | * | 0.00 | |

**Total Paid: $1,209.00**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 18, 2025.

Receipts: $1,200.00    -    Paid to Claims: $0.00    -    Admin Costs Paid: $1,209.00    =    Funds on Hand: $141.00

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.